JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDWIN ESCOBAR, | Case No. CV 08-6496-JSL (MLG) |
|     Petitioner, | JUDGMENT |
|     v. | |
| JAMES HARTLEY, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: November 14, 2008

*Spencer Letts*
_____
J. Spencer Letts
United States District Judge